EX PARTE PESANTE.

APPEAL from the District Court of Mayagüez.

No. 81.—Decided January 17, 1907.

CITATION—APPEARANCE OF PARTY.—Where a defendant appears in an action or proceeding his appeaarnce corrects any defect which the citátion may contain.

This case is decided on the same grounds as those set forth in the opinion in case No. 79, *Ex parte Hernández*, page 1.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for appellant.

The respondent did not appear.

MR. JUSTICE MACLEARY delivered the opinion of the court.

This is a proceeding for the establishment of a dominíon title to a small tract of land. On notice given him the *fiscal* of the district of Aguadilla appeared and answered on behalf of the Insular Government, notwithstanding the fact that the Governor was not cited as provided by law. This action on his part waived whatever defect there may have been in the service of the summons. The *fiscal* makes only one point in opposition to the claim set up by the plaintiff, and that is a defect in the description of the property to which the title is sought to be perfected. The boundaries and the area are described with all the certainty required by the Mortgage Law. This case is identical with that of *The People of Porto Rico* v. *Agustín Hernández Mena,* decided this morning, and for the reasons set forth in the opinion in that case the judgment rendered him in the court below should be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras. and Wolf concurred.